IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICKEEM GIDDENS,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 20-1474 |
| : | |
| **SEPTA**, *et al.*, : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 22nd day of July, 2021, upon consideration of Defendant Officer Detective Robert Stewart of the Southeastern Transportation Authority ("SEPTA") police department and unnamed SEPTA police officers' (collectively, the "SEPTA Defendants") "Motion to Dismiss" (ECF No. 16), Defendant Mastery Charter School Pickett Campus' ("Mastery") "Motion to Dismiss" (ECF No. 15), Plaintiff's responses in opposition thereto (ECF Nos. 21, 22), Defendant Mastery's Reply (ECF No. 23), the SEPTA Defendants' "Motion to Dismiss Exhibits 1–7" (ECF No. 24), and Plaintiff's response in opposition thereto (ECF No. 25), and for the reasons set forth in my accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motions (ECF Nos. 15 and 16) are **GRANTED IN PART and DENIED IN PART** as follows:

- The SEPTA Defendants' Motion to Dismiss (ECF No. 16) is **GRANTED** as to Plaintiff's false arrest and false imprisonment claims. The SEPTA Defendants' Motion to Dismiss is **DENIED** as to Plaintiff's malicious prosecution claim.

- Defendant Mastery's Motion to Dismiss (ECF No. 15) is **GRANTED**.

- The SEPTA Defendants' motion to attach exhibits to their Motion to Dismiss (ECF No. 24) is **GRANTED.** The extent to which I have considered any of those exhibits in deciding

the SEPTA Defendants' Motion to Dismiss is discussed in my accompanying Memorandum Opinion.

- The SEPTA Defendants shall Answer the Amended Complaint **within 14 days of the date of this Order.**

                      **BY THE COURT:**

                      */s/ Mitchell S. Goldberg*
                      **MITCHELL S. GOLDBERG, J.**